UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Corry Mills, | ) | |
|         Plaintiff, | ) | |
|    v. | ) | |
| | ) | Case No. 11 CV 1718 |
| Officer Jeffrey Hahn, | ) | |
| | ) | Judge Virginia M. Kendall |
|         Defendant. | ) | |

**DEFENDANT'S RULE 50(a) MOTION FOR JUDGMENT AS A MATTER OF LAW**

Defendant Jeffrey Hahn ("Officer Hahn") moves for judgment as a matter of law because no reasonable jury could find that Officer Hahn used unconstitutionally unreasonable excessive force while effectuating the arrest of Plaintiff Corry Mills ("Mills"). In support of this Motion, Officer Hahn attaches his Memorandum of Law.

Respectfully submitted,

Officer Jeffrey Hahn

By: \_/s/ John B. Murphey_____
     One of His Attorneys

JOHN B. MURPHEY (#1992635)
Rosenthal, Murphey, Coblentz & Donahue
30 N. LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel. 312-541-1070
Fax 312-541-9191

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

Jay Paul Deratany
Gregory J. Olmstead
Nathan E. Polum
Deratany Firm
221 N. LaSalle, Suite 2200
Chicago, Illinois  60601

      /s/    John B. Murphey
ROSENTHAL MURPHEY COBLENTZ & DONAHUE
Attorney for Defendants
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel. (312) 541-1070
Fax: (312) 541-9191